CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

April 28, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISHI'GARYIONTAI LENARD GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00218 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| MEDIKO, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

Plaintiff Ishi'garyiontai Lenard Graves, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against Defendant Mediko. (*See* ECF No. 1.) On March 17, 2026, the court ordered Plaintiff to submit a prisoner trust account report fully accounting for the six-month period immediately preceding the filing of the complaint. (ECF No. 3.) The court advised Plaintiff that the report he had previously submitted was deficient in that it failed to provide the court with trust account information for the month of February. (*Id.* at 2.) The court further advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.*)

More than 30 days have elapsed, and Plaintiff has not submitted the complete financial information as ordered. Because Plaintiff did not comply with the court's order, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once he is prepared to comply with the noted conditions.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 28th day of April, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE